

DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT

Caption in Compliance with D.N.J. LBR 9004-2(c)

Richard J Tracy, III, Esq. (ID #079152013)
SCHILLER, KNAPP,
LEFKOWITZ & HERTZEL, LLP
A LLP Formed in the State of New York
30 Montgomery Street, Suite 1205
Jersey City, New Jersey 07302
(518) 786-9069
Attorneys for Creditor, Bayview Loan Servicing, LLC

Order Filed on November 16, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
    STEVEN FLOYD MCBATH,

        Debtor.

Case No.: 18-26744-CMG

Judge.: Christine M. Gravelle

Chapter: 13

## ORDER RESOLVING OBJECTION TO CONFIRMATION

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

DATED: November 16, 2018

*Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

> DISTRICT OF NEW JERSEY
> UNITED STATES BANKRUPTCY COURT
>
> Caption in Compliance with D.N.J. LBR 9004-2(c)
>
> Richard J Tracy, III, Esq. (ID #079152013)
> SCHILLER, KNAPP,
> LEFKOWITZ & HERTZEL, LLP
> A LLP Formed in the State of New York
> 30 Montgomery Street, Suite 1205
> Jersey City, New Jersey 07302
> (518) 786-9069
> Attorneys for Creditor, Bayview Loan Servicing, LLC.
>
> In Re:
> STEVEN FLOYD MCBATH,
>
> Debtor.

Case No.: 18-26744-CMG

Judge.: Christine M. Gravelle

Chapter: 13

## CONSENT ORDER RESOLVING
## OBJECTION TO CONFIRMATION

WHEREAS, Bayview Loan Servicing, LLC (hereinafter "creditor") filed an Objection to Confirmation; and

WHEREAS, the parties wish to resolve their differences regarding this matter;

NOW THEREFORE, it is ordered that:

1. The debtor shall pay to creditor pre-petition arrears in the amount of $47,295.48 which shall be paid through the debtor's Chapter 13 Plan.

2. The debtor shall continue to make their monthly post-petition mortgage payments directly to Bayview Loan Servicing, LLC and outside the Chapter 13 Plan.

3. The debtor reserves the right to object to a Proof of Claim submitted by Bayview Loan Servicing, LLC.

_____  11/6/18
Richard J. Tracy, III, Esq.
Attorney for Creditor
Schiller, Knapp, Lefkowitz & Hertzel, LLP
30 Montgomery St, Suite 1205
Jersey City, NJ 07302

_____
William H. Oliver, Esq.
Attorney for Debtor
2240 State Highway 33
Suite 112
Neptune, New Jersey 07753