| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>MARTONE & UHLMANN,<br>A PROFESSIONAL CORPORATION<br>777 PASSAIC AVE STE 535<br>CLIFTON, NJ 07012<br>(973) 473-3000<br>bky@martonelaw.com<br>Attorneys for Secured Creditor/Servicing Agent<br>PNC BANK, NATIONAL ASSOCIATION<br>36.4945 | |
| In re:<br><br>Steven Floyd McBath | Case No. 18-26744<br><br>Judge: Christine M. Gravelle - CMG<br><br>Chapter 13 |

**LIMTED OBJECTION TO THE MOTION FOR THE ENTRY OF ORDER ALLOWING LATE PROOF OF CLAIM #3 ON BEHALF OF PNC MORTGAGE COMPANY**

On behalf of PNC BANK, NATIONAL ASSOCIATION, Secured Creditor of a mortgage on debtor(s)' property, 14 Addison Road, Howell Township, New Jersey 07731, MARTONE & UHLMANN, A PROFESSIONAL CORPORATION hereby files a limited objection to the Motion for the Entry of Order Allowing Late Proof of Claim #3 on behalf of PNC Mortgage Company for the following reasons:

1.  The bar date for filing Proofs of Claim is October 30, 2018. Secured Creditor has not yet filed its Proof of Claim.

2.  Creditor does not object to the filing of a late Proof of Claim. Creditor's limited objection is to allow the Creditor to file an amended Proof of Claim on the correct Proof of Claim form 410 and the attachment 410a. The current Proof of claim is filed in an out of date form.

3.  Creditor also requests permission to file an amended proof of claim that states a total claim. As it is currently filed in the Debtor's filing, the proof of claim is does not state a total claim or "Amount of Claim as of Date Case Filed."

4.  Creditor's calculation of the total claim and the arrears is different than the amount entered by the Debtor. Any proof of claim that Creditor is able to file would be subject to possible objection by the Debtor.

5.      It is for the foregoing reasons that attorney for the Secured Creditor respectfully files a limited objection to the Proof of Claim.

I hereby certify that the foregoing statements made by me are true and correct to the best of my knowledge, information and belief. I am aware that if any of the forgoing statements made by me are willfully false I am subject to punishment.

By:   /s/Christian Del Toro
       Christian Del Toro, Esq.
       A Member of the Firm

Dated: February 12, 2020