| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>William H. Oliver, Jr., Esq.<br>OLIVER & LEGG, LLC<br>2240 Highway 33, Suite 112<br>Neptune, New Jersey 07753<br>732-988-1500<br>Fax: 732-775-7404<br>Attorney for Debtor(s) | **Order Filed on February 20, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>STEVEN FLOYD McBATH<br><br>                    Debtor | Case No.:  18-26744<br><br>Adv. No.:<br><br>Hearing Date:  February 19, 2020 @ 9am<br><br>Judge: Christine M. Gravelle |

### ORDER ALLOWING LATE FILED PROOF OF CLAIM #3
### FILED ON BEHALF OF PNC MORTGAGE COMPANY
### TO BE PAID BY THE TRUSTEE

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: February 20, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor:     STEVEN FLOYD McBATH
Case No:   18-26744(CMG)

Caption of Order: ORDER ALLOWING LATE PROOF OF CLAIM #3 FILED ON BEHALF OF PNC MORTGAGE COMPANY TO BE PAID BY THE TRUSTEE

(Page 2)

**THIS MATTER**, having been brought before this Court by William H. Oliver, Jr., attorney for the Debtor for an Order Allowing Late Proof of Claim #3 filed on behalf of PNC Mortgage Company to be paid by the Trustee, and the Court having considered the papers submitted and any objections, and for good cause appearing,

**ORDERED** that the Trustee having determined that the late proof of claim #3 of PNC Mortgage Company filed on **January 22, 2020** is pre-petition debit; and

**IT IS FURTHER ORDERED** that the trustee is hereby authorized to pay the late filed claim #3 of PNC Mortgage Company in the total amount of **$17,120.95** as the claim was included in the Chapter 13 plan; and

**IT IS FURTHER ORDERED** that a copy of this Order shall be served upon all interested parties within ___5___ days of the date hereof.